IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KAPPELLE SIMPSON-EL**                                       **PLAINTIFF**

V.                    Case No. 2:12-CV-00004 SWW

**UNITED STATES OF AMERICA**                         **DEFENDANT**

### ORDER OF DISMISSAL

Having been notified by Magistrate Judge Joe Volpe that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the Plaintiff's Complaint and all claims in this action against the Defendant should be and are hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty days (30) to reopen this action if further litigation is necessary.

IT IS SO ORDERED this 29th day of June 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

Prepared by:

Lindsey Mitcham Lorence
Arkansas Bar No. 96183
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2625
lindsey.lorence@usdoj.gov


Approved:

/s/ *Sandy S. McMath*

Sandy S. McMath
Sandy S. McMath, P.A.
711 West Third Street
Little Rock, AR 72201
(501) 396-5414
sandymcmath@aol.com